1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALEXANDER GILLASPY,              No. CIV S-10-2753 LKK EFB

12              Plaintiff,

13        vs.

14   COUNTY OF SACRAMENTO, et al.,

15              Defendants.              ORDER

16   _____/

17        The court has determined this matter will benefit from a settlement conference.  The

18   parties have indicated that they are willing to waive disqualification of the assigned magistrate

19   judge and therefore, the undersigned will preside over the settlement conference.

20        Accordingly, IT IS HEREBY ORDERED that:

21        1.  This case is set for a settlement conference before the undersigned on December 29,

22   2011, at 10:00 a.m. at the U. S. District Court, 501 I Street, Sacramento, CA 95814 in Chambers.

23        2.  The parties are directed to submit confidential settlement conference statements to

24   chambers seven (7) days prior to the settlement conference.  Such statements are neither to be

25   filed with the clerk nor served on opposing counsel.  However, each party shall e-file a one page

26   document entitled Notice of Submission of Confidential Settlement Conference Statement.  The

1

parties may agree, or not, to serve each other with the settlement statements.

      3.  Seven (7) days prior to the settlement conference each party is directed to file a signed waiver of disqualification.

      4.  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms and at the Settlement Conference.  *See* Local Rule 270.

DATED:   November 14, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ALEXANDER GILLASPY,

11          Plaintiff,                    No. CIV S-10-2753 LKK-EFB

12      vs.

13   COUNTY OF SACRAMENTO, et al.,

14          Defendants.                   WAIVER OF DISQUALIFICATION

15   _____/

16          Under Local Rule 270(b) of the Eastern District of California, the parties to the herein

17   action affirmatively request that Magistrate Judge Brennan participate in the settlement

18   conference scheduled for December 29, 2011.  To the extent the parties consent to trial of the

19   case before the assigned Magistrate Judge, they waive any claim of disqualification to the

20   assigned Magistrate Judge trying the case thereafter or presiding over any other pretrial matters

21   specifically referred to the magistrate judge such as discovery.

22

23                                  _____

24                                  By:
                                        Attorney for _____

25

26                                  Dated:_____

3