IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER GILLASPY,         No. CIV S-10-2753 LKK EFB

    Plaintiff,

  vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.         <u>ORDER</u>

_____/

    The court has determined this matter will benefit from a settlement conference. The parties have indicated that they are willing to waive disqualification of the assigned magistrate judge and therefore, the undersigned will preside over the settlement conference.

    Accordingly, IT IS HEREBY ORDERED that:

    1. This case is set for a settlement conference before the undersigned on December 29, 2011, at 10:00 a.m. at the U. S. District Court, 501 I Street, Sacramento, CA 95814 in Chambers.

    2. The parties are directed to submit confidential settlement conference statements to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The

1  parties may agree, or not, to serve each other with the settlement statements.

2      3.  Seven (7) days prior to the settlement conference each party is directed to file a signed
3  waiver of disqualification.

4      4.  Each party is directed to have a principal capable of disposition at the Settlement
5  Conference or to be fully authorized to settle the matter on any terms and at the Settlement
6  Conference.  *See* Local Rule 270.

7  DATED:  November 14, 2011.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER GILLASPY,

    Plaintiff,                    No. CIV S-10-2753 LKK-EFB

vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.               WAIVER OF DISQUALIFICATION

_____/

      Under Local Rule 270(b) of the Eastern District of California, the parties to the herein action affirmatively request that Magistrate Judge Brennan participate in the settlement conference scheduled for December 29, 2011.  To the extent the parties consent to trial of the case before the assigned Magistrate Judge, they waive any claim of disqualification to the assigned Magistrate Judge trying the case thereafter or presiding over any other pretrial matters specifically referred to the magistrate judge such as discovery.

                                                        By: _____
                                                             Attorney for _____

                                                           Dated:_____