**RIVERA & ASSOCIATES**

2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendants
Deputy Paul Labane,
Deputy Christopher Nelson

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER GILLASPY, ) | CASE NO. 2:10-CV-02753 LKK EFB |
| ) | |
| Plaintiffs, ) | **SUBSTITUTION OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF SACRAMENTO; DOES 1 ) through 100, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

BY OUR SIGNATURES BELOW, it is hereby mutually agreed that JESSE M. RIVERA, JONATHAN B. PAUL and SHANAN L. HEWITT, of the LAW OFFICES OF RIVERA & ASSOCIATES, are substituted in on Case Number 2:10-CV-02753 LKK EFB, and Robert Chalfant, of The Law Offices of Randolph, Cregger & Chalfant, is substituted out of said case, as attorney of record for Defendants Deputy Paul Labane, and Deputy Christopher Nelson .

I hereby agree to said substitution.              RIVERA & ASSOCIATES

DATED: November 11, 2011                     /s/ Jesse M. Rivera

                                              JESSE M. RIVERA

| | |
|---|---|
| I hereby consent to said substitution. | LAW OFFICES OF RANDOLPH, CREGGER & CHALFANT |
| DATED: November 11, 2011 | /s/ Robert L. Chalfant<br>Robert L. Chalfant |
| DATED: November 11, 2011 | /s/ Paul Labane<br>Paul Labane<br><br>(As authorized on November 10, 2011) |
| DATED: November 11, 2011 | /s/ Christopher Nelson<br>Christopher Nelson<br><br>(As authorized on November 10, 2011) |

IT IS SO ORDERED:

Dated: November 14, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT