1  RANDOLPH CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  WENDY MOTOOKA, SBN 233589
   1030 G Street
3  Sacramento, CA 95814
   Telephone:   (916) 443-4443
4  Facsimile:    (916) 443-2124
   Email:          rlc@randolphlaw.net
5                     wmotooka@randolphlaw.net

6  Attorneys for Defendant COUNTY
7  OF SACRAMENTO

8  RIVERA & ASSOCIATES
   2180 Harvard Street, Suite 310
9  Sacramento, California 95815
   Tel. 916-922-1200  Fax: 916-922-1303
10 Jesse M. Rivera, CSN 84259
   Jonathan B. Paul, CSN 215884
11 Shanan L. Hewitt, CSN 200168

12 Attorneys for Defendants DEPUTY PAUL
   LABANE, DEPUTY CHRISTOPHER NELSON
13

14 LAW OFFICES OF JOHNNY L. GRIFFIN, III
   JOHNNY L. GRIFFIN, III (SBN 118694)
15 MANOLO H. OLASO (SBN 195629)
   1010 F Street, Suite 200
16 Sacramento, California 95814
   Telephone:  (916) 444-5557
17 Fax:  (916) 444-5558

18 Attorneys for Plaintiff ALEXANDER GILLASPY

19                    **UNITED STATES DISTRICT COURT**
20                    **EASTERN DISTRICT OF CALIFORNIA**
21

| | |
|---|---|
| ALEXANDER GILLASPY, | No. 2:10-CV-02753 LKK EFB |
| Plaintiff, | **STIPULATION TO MODIFY THE SCHEDULING ORDER BY CONTINUING THE DEADLINES FOR COMPLETING DISCOVERY AND COMPLETING LAW AND MOTION; ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO; CHRISTOPHER NELSON; PAUL LABANE, | |
| Defendants | |

RANDOLPH CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIP. TO MODIFY SCHEDULING ORDER;
[PROPOSED] ORDER                                      - 1 -

Plaintiff ALEXANDER GILLASPY and Defendants COUNTY OF SACRAMENTO, CHRISTOPHER NELSON, and PAUL LABANE, through their counsel of record, hereby stipulate to modify the Scheduling Order in this matter, if approved by the Court, as follows:

1. The deadline for completing discovery shall be continued from January 18, 2012, to February 29, 2012.

2. The deadline for disclosing experts shall be continued to December 31, 2011 (60 days before the close of discovery).

3. The deadline for filing the mid-litigation statement shall be continued to February 15, 2012 (14 days prior to the close of discovery).

4. The deadline for completing law and motion shall be continued from March 18, 2012, to April 30, 2012.

Good cause exists for so modifying the Scheduling Order. Because this good cause involves personal medical issues, the parties request the privacy of a status conference in which to make the necessary showing.

Date: November 14, 2011       RANDOLPH CREGGER & CHALFANT LLP

                                       /s/ Robert L. Chalfant
                                      ROBERT L. CHALFANT
                                      Attorneys for Defendant COUNTY OF SACRAMENTO

Date: November 14, 2011       RIVERA & ASSOCATES

                                       /s/ Jesse M. Rivera
                                      JESSE M. RIVERA
                                      Attorneys for Defendants DEPUTY PAUL LABANE,
                                      DEPUTY CHRISTOPHER NELSON

Date: November 14, 2011       LAW OFFICES OF JOHNNY L. GRIFFIN, III

                                       /s/ Manolo H. Olaso
                                      MANOLO H. OLASO
                                      Attorneys for Plaintiff ALEXANDER GILLASPY

RANDOLPH CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIP. TO MODIFY SCHEDULING ORDER;
[PROPOSED] ORDER                    - 2 -

**ORDER MODIFYING THE SCHEDULING ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The deadline for completing discovery in this action shall be continued from January 18, 2012, to February 29, 2012.

2. The deadline for disclosing experts shall be continued to December 31, 2011 (60 days before the close of discovery).

3. The deadline for filing the mid-litigation statement shall be continued to February 15, 2012 (14 days prior to the close of discovery).

4. The deadline for completing law and motion in this action shall be continued from March 18, 2012, to April 30, 2012.

**IT IS SO ORDERED.**

Date:   November 14, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT