1  **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  **MANOLO H. OLASO (SBN 195629)**
   1010 F Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 444-5557
4  Fax: (916) 444-5558

5  Attorneys for Plaintiff ALEXANDER GILLASPY

6
   **RANDOLPH CREGGER & CHALFANT LLP**
7  **ROBERT L. CHALFANT (SBN 203051)**
   **WENDY MOTOOKA (SBN 233589)**
8  1030 G Street
   Sacramento, CA 95814
9  Telephone: (916) 443-4443
   Fax: (916) 443-2124
10
11 Attorneys for Defendant COUNTY OF SACRAMENTO

12 **RIVERA & ASSOCIATES**
   **JESSE M. RIVERA (SBN 84529)**
13 2180 Harvard Street, Suite 310
   Sacramento, CA 95815
14 Telephone: (916) 922-1200
   Fax: (916) 922-1303
15

16 Attorneys for Defendants Deputy Paul Labane
   and Deputy Christopher Nelson

17

18 **IN THE UNITED STATES DISTRICT COURT**

19 **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| ALEXANDER GILLASPY, | ) Case No. 2:10-CV-02753-LKK-EFB |
| Plaintiff, | ) **STIPULATION TO MODIFY THE** |
| vs. | ) **SCHEDULING ORDER BY** |
| | ) **CONTINUING THE DEADLINES FOR** |
| COUNTY OF SACRAMENTO; PAUL | ) **COMPLETING DISCOVERY AND** |
| LABANE; CHRISTOPHER NELSON, | ) **COMPLETING LAW AND MOTION;** |
| | ) **ORDER** |
| Defendants. | ) |

Plaintiff ALEXANDER GILLASPY and Defendants COUNTY OF SACRAMENTO, CHRISTOPHER NELSON, and PAUL LABANE, through their counsel of record, hereby stipulate to modify the Scheduling Order in this matter, if approved by the Court, as follows:

1. The deadline for completing discovery shall be continued from February 29, 2012 to March 30, 2012.

2. The deadline for disclosing experts shall be continued to January 30, 2012 (60 days before the close of discovery).

3. The deadline for filing the mid-litigation statement shall be continued March 16, 2012 (14 days prior to the close of discovery).

4. The deadline for completing law and motion shall be continued from April 30, 2012 to May 30, 2012.

This request is based on the sudden and unexpected death of a family member of Plaintiff's attorney. Specifically, the family member passed away on December 28, 2011 and Plaintiff's counsel will therefore be out of the office and unavailable for approximately 30 days. Good cause therefore exists for so modifying the Scheduling Order.

Dated: December 29, 2011        Respectfully submitted,

/s/   Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorneys for Plaintiff ALEXANDER GILLASPY

Dated: December 29, 2011        /s/   Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendant COUNTY OF SACRAMENTO

Dated: December 29, 2011        /s/ Jesse M. Rivera
JESSE M. RIVERA
Attorneys for Defendant Paul Labane
Christopher Nelson

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Stipulation to Modify Scheduling Order; [Proposed] Order        2

**ORDER MODIFYING THE SCHEDULING ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. The deadline for completing discovery shall be continued from February 29, 2012 to March 30, 2012.

2. The deadline for disclosing experts shall be continued to January 30, 2012 (60 days before the close of discovery).

3. The deadline for filing the mid-litigation statement shall be continued March 16, 2012 (14 days prior to the close of discovery).

4. The deadline for completing law and motion shall be continued from April 30, 2012 to May 30, 2012.

**IT IS SO ORDERED.**

Date:   January 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Stipulation to Modify Scheduling Order; [Proposed] Order      3