1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ALEXANDER GILLASPY,

10              Plaintiff,                    No. CIV S-10-2753 LKK EFB

11        vs.

12   COUNTY OF SACRAMENTO, et al.,

13              Defendants.              ORDER RE SETTLEMENT & DISPOSITION
     _____/

14

15        Pursuant to the representations of counsel for the parties at a Settlement Conference

16   conducted in Chambers on January 19, 2012, the court has determined that the above-captioned

17   case has settled.

18        The court now orders that dispositional documents are to be filed not later than seventy-

19   five (75) days from the date of this order.

20        All hearing dates set in this matter are **VACATED.**

21        FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

22   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

23   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

24        IT IS SO ORDERED.

25   DATED:  January 19, 2012.

26                                       EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE