IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER GILLASPY,

    Plaintiff,                              No. CIV S-10-2753 LKK EFB

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                     ORDER RE SETTLEMENT & DISPOSITION

    Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on January 19, 2012, the court has determined that the above-captioned case has settled.

    The court now orders that dispositional documents are to be filed not later than seventy-five (75) days from the date of this order.

    All hearing dates set in this matter are **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

    IT IS SO ORDERED.

DATED: January 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE